The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAHIM KASSAMALI,

Defendant.

NO.  2:25-cr-00079-RAJ

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE

This Court, having considered Defendant Rahim Kassamali's Unopposed Motion to Continue Trial and Pretrial Motions Deadline, and being familiar with the docket and pleadings filed therein, finds that:

(a) the ends of justice served by a continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A); and

(b) given the volume of discovery in the case, and the defendant's need to review the discovery, conduct relevant investigation and research, and prepare to provide effective representation for Mr. Kassamali at trial, a reasonable period of delay is necessary on the grounds that the failure to grant such a continuance in the proceedings would be likely result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, including time to review the evidence, consider possible

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE – 1
*United States v. Kassamali*, No. 2:25-cr-00079-RAJ

**Allen, Hansen, Maybrown &
Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

defenses, and gather evidence material to the defense, 18 U.S.C. § 3161(h)(7)(B)(iv); and

(d) the additional time requested is a reasonable period of delay, given the circumstances of this case.

Therefore, IT IS ORDERED that Defendant's unopposed motion (Dkt. 12) is GRANTED. The trial date in this matter is continued to March 30, 2026. All pretrial motions, including motions in limine, shall be filed no later than February 2, 2026.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of March 30, 2026, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 3rd day of June, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE – 2
*United States v. Kassamali*, No. 2:25-cr-00079-RAJ

**Allen, Hansen, Maybrown &
Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681