The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAHIM KASSAMALI,

Defendant.

NO.  2:25-cr-00079-RAJ

ORDER CONTINUING PRETRIAL
MOTIONS DEADLINE

This Court has considered the Stipulated Motion to Continue Pretrial Motions Deadline, this proposed form Order, and the records and pleadings already on file.  Finding good cause, it is hereby

ORDERED that the Stipulated Motion to Continue Pretrial Motions Deadline (Dkt. 15) is GRANTED.  All pretrial motions, including motions in limine, shall be filed no later than February 17, 2026.

DATED this 22nd day of January, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE – 1
*United States v. Kassamali, No. 25-cr-00079-RAJ*

**Allen, Hansen, Maybrown &
Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681