The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RAHIM KASSAMALI,<br><br>Defendant. | NO. CR25-079-RAJ<br><br>ORDER SEALING EXHIBITS 10 AND 11 TO THE DECLARATION OF SPECIAL AGENT JASON FORBES IN SUPPORT OF MOTION FOR AN ORDER OF FORFEITURE (Dkt. No. 29) |

THIS MATTER comes before the Court on the United States' Motion to Seal Exhibits 10 and 11 to the Declaration of Special Agent Jason Forbes in Support of Motion for an Order of Forfeiture (the "Motion to Seal").

In its Motion to Seal, the United States moved for leave to file, under seal, Exhibits 10 and 11 to Special Agent Forbes' Declaration because those two exhibits contain sensitive tax information obtained from the Internal Revenue Service.

The Court hereby FINDS good cause to seal Exhibits 10 and 11. Accordingly, the Court hereby GRANTS the United States' Motion to Seal.

///

///

///

///

///

Order Sealing Exhibits 10 and 11 to the Declaration of Special Agent
Jason Forbes in Support of Motion for an Order of Forfeiture - 1
*United States v. Kassamali,* CR25-079-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that Exhibit 10 and 11 to the Declaration of Special Agent Jason Forbes in Support of Motion for an Order of Forfeiture shall be sealed and remain under seal.

DATED this 4th day of June, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

Order Sealing Exhibits 10 and 11 to the Declaration of Special Agent
Jason Forbes in Support of Motion for an Order of Forfeiture - 2
*United States v. Kassamali,* CR25-079-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970