The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAHIM KASSAMALI,

Defendant.

NO. 2:25-cr-00079-RAJ

**ORDER OF FORFEITURE IN
THE AMOUNT OF $1,163,498.75**

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, Defendant Rahim Kassamali's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $1,163,498.75, representing the unrecovered proceeds Defendant personally obtained from his commission of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2.

The Court, having reviewed the United States' Motion, the Declaration of Special Agent Forbes, and the other papers and pleadings filed in this matter, hereby FINDS this Order of Forfeiture is appropriate because:

ORDER OF FORFEITURE - 1
*United States v. Kassamali,* 2:25-cr-00079-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- In his Plea Agreement, Defendant agreed to forfeit his interest in a sum of money in the amount of at least $1,003,498.75, and no more than $1,163,498.75, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), as this sum represents the unrecovered proceeds that he had personally obtained from his commission of Wire Fraud (Count 1), to which he entered a plea of guilty (Dkt. No. 20 ¶ 14);

- Based upon Defendant's Plea Agreement (Dkt. No. 20), and the Declaration of SA Forbes, the United States has shown by a preponderance of the evidence that the $150,000 that Defendant received from the Small Business Administration (SBA) for his Economic Injury Disaster Loan (EIDL) for Inkredible LLC was fraudulently obtained, and, therefore, the Court is including it in its calculation of the forfeiture money judgment;

- Accordingly, the appropriate amount of the forfeiture money judgment in this case is $1,163,498.75; and

- The forfeiture of this $1,163,498.75 sum of money is personal to Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and his Plea Agreement, Defendant's interest in the above-identified $1,163,498.75 sum of money is fully and finally forfeited, in its entirety, to the United States;

ORDER OF FORFEITURE - 2
*United States v. Kassamali,* 2:25-cr-00079-RAJ

2.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3.      No right, title, or interest in the identified sum of money exists in any party other than the United States;

4.      Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this $1,163,498.75, sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $1,163,498.75; and,

5.      The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 5th day of June, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF FORFEITURE - 3
*United States v. Kassamali,* 2:25-cr-00079-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970