The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>RAHIM KASSAMALI,<br><br>Defendant. | No. 2:25-cr-00079-RAJ<br><br>SECOND UNOPPOSED MOTION TO CONTINUE SURRENDER DATE AND ORDER<br><br>**NOTE FOR MOTION CALENDAR: October 5, 2026** |

Defendant Rahim Kassamali, by and through counsel, respectfully moves the Court for an order continuing the self-surrender date currently set for **October 7, 2026** to **October 30, 2026**, as described below.

1. On July 17, 2026, the Court sentenced Defendant and ordered that he self-surrender to the Bureau of Prisons ("BOP") to commence service of his sentence.
2. The BOP has designated Defendant to the Satellite Prison Camp at the Federal Correctional Institution in Sheridan, Oregon.
3. Defendant was originally directed to surrender to the BOP at Camp Sheridan on August 31, 2026. But on August 28, 2026, this Court granted Defendant's unopposed motion to extend the BOP surrender date to October 7, 2026, so that Defendant could care for his



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

mother in connection with a critical medical procedure scheduled for the end of September 2026.

4. Defendant learned on October 1, 2026, that a serious complication arose with his mother's cardiac care that required rescheduling her procedure to October 22, 2026. There is a need to monitor and clear up a dangerous condition before proceeding with surgery on October 22. Defendant has provided the pertinent medical records to the government.

5. Defendant respectfully requests that the Court enter an order continuing Defendant's surrender date from October 7, 2026 to October 30, 2026. Defendant requests this continuance so that he may be present for the critical medical procedure for his mother now scheduled October 22, 2026, and to assist with her care for a few days afterward.

6. The undersigned counsel has consulted with counsel for the government, Grace Zoller. The government does not oppose Defendant's request to continue the surrender date to October 30, 2026. The United States Probation Office takes no position.

7. Accordingly, Defendant respectfully requests that the Court continue his surrender date from October 7, 2026 to October 30, 2026, or to such other date as the Bureau of Prisons deems appropriate after October 30, 2026.

DATED this 4th day of October, 2026.

CORR CRONIN LLP

<u>*s/ Jeffrey B. Coopersmith*</u>

Jeffrey B. Coopersmith, WSBA No. 30954
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
Email: jcoopersmith@corrcronin.com

*Attorney for Defendant*

**ORDER**

The Court, having considered Defendant's Unopposed Motion to Continue Surrender Date, hereby ORDERS that Defendant Kassamali's surrender date is continued. Defendant shall surrender to Federal Prison Camp in Sheridan, Oregon, on October 30, 2026, or at any later date that the Bureau of Prisons may designate. Until the new reporting date, Defendant shall remain subject to all previously imposed conditions of release.

DATED this 6th day of October, 2026.

Richard A Jones

HONORABLE RICHARD A. JONES
United States District Judge



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900